UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY PALMER,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>CHAMPION MORTGAGE,<br><br>　　Defendant. | Civil Action No. 04-11-954-RCL |

## **APPEARANCE**

Please enter my Appearance as counsel for:

**Defendant Champion Mortgage, a Division of KeyBank National Association**

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CHAMPION MORTGAGE, A DIVISION OF
　　　　　　　　　　　　　　　　　　KEYBANK NATIONAL ASSOCIATION

　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　NIXON PEABODY LLP

Dated:  December 6, 2004　　　　　By:  /s/ W. Scott O'Connell_____
　　　　　　　　　　　　　　　　　　　　W. Scott O'Connell, BBO No. 632487
　　　　　　　　　　　　　　　　　　　　889 Elm Street
　　　　　　　　　　　　　　　　　　　　Manchester, NH  03101
　　　　　　　　　　　　　　　　　　　　soconnell@nixonpeabody.com
　　　　　　　　　　　　　　　　　　　　(603) 628-4000

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 6th day of December, 2004 a copy of the forgoing Appearance was forwarded by the Court's ECF system to Christopher M. Lefebvre, Esquire, counsel of record, at Post Office Box 479, Pawtucket, Rhode Island 02862, counsel for the plaintiff.

                                                     /s/W. Scott O'Connell
                                                   W. Scott O'Connell