UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY PALMER,<br><br>    Plaintiff,<br><br>        v.<br><br>CHAMPION MORTGAGE,<br><br>    Defendant. | Civil Action No. 04-11-954-RCL |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Defendant Champion Mortgage, a Division of KeyBank National Association ("Champion"), by and through its attorneys, Nixon Peabody LLP, hereby discloses the following:

**The name of each parent corporation and any publicly held corporation that owns 10% or more of a party's stock:**

Champion is an unincorporated division of KeyBank National Association. KeyBank National Association is a wholly owned subsidiary of KeyCorp.

                                              Respectfully submitted,

                                              CHAMPION MORTGAGE, A DIVISION OF
                                              KEYBANK NATIONAL ASSOCIATION

                                              By its attorneys,

                                              NIXON PEABODY LLP

Date: December 6, 2004                      By: /s/ Patricia L. Peard_____
                                                 W. Scott O'Connell, BBO No. 632487
                                                 Patricia L. Peard, BBO No. 642213
                                                 889 Elm Street
                                                 Manchester, NH 03101
                                                 soconnell@nixonpeabody.com
                                                 ppeard@nixonpeabody.com
                                                 (603) 628-4000

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of December, 2004 a copy of the forgoing Corporate Disclosure Statement was forwarded by the Court's ECF system to Christopher M. Lefebvre, Esquire, counsel of record, at Post Office Box 479, Pawtucket, Rhode Island 02862, counsel for the plaintiff.

                                                /s/ Patricia L. Peard
                                                Patricia L. Peard