IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY PALMER ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. 04 11954 RCL |
| v. ) | |
| ) | |
| CHAMPION MORTGAGE ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO EXTEND TIME

Now comes the Plaintiff in the above entitled matter and requests that the Court extend the time in which she can file a responsive pleading to the Motion to Dismiss filed by the Defendant. In support of said request the undersigned states that he will be out of town on a family vacation for the next two weeks and upon his return needs adequate time to respond to the extremely lengthy and detailed motion filed by the Defendant. Counsel for the Defendant does not oppose an extension through January 21, 2005.

WHEREFORE, Defendant prays that her motion be granted and that the Court extend the response time through January 21, 2005.

Respectfully submitted,

Christopher M. Lefebvre
Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
BBO# 629056

1

## LOCAL RULE CERTIFICATION

I hereby certify that prior to filing the above pleading that I have spoken to the opposing counsel who does not oppose the relief requested herein.

_____
Christopher M. Lefebvre

## CERTIFICATION

I hereby certify that I mailed a copy of the above to Patricia L. Peard, Esq., Nixon Peabody, LLP, 889 Elm Street, Manchester, NH 03101-2019 on this 20th day of December 2004.

_____

S:\WPFILES\TILA CASES\Palmer v. Champion\Compaint.wpd