**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| AMY PALMER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A.  O4-11954 RCL |
| v. | ) | |
| | ) | |
| CHAMPION MORTGAGE | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE OF ADDITIONAL AUTHORITY**

The undersigned hereby notifies the Court of a very recent opinion issued by the

First Circuit, Court of Appeals which is dispositive to the issues raised in the Defendant's

Motion to dismiss and objection to the Plaintiff's Motion for leave to file an amended complaint.

The Plaintiff has a viable cause of action for damages and rescission when a

mortgage lender ignores a request to rescind a loan.  *Belini v. Washignton Mutual Bank, FA*,

2005 WL 1399524 (1st Cir.(Mass)).  A copy of said decision is hereby attached for the Court's

reference.

Respectfully submitted,

/s/Christopher M. Lefebvre
Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI  02862
(401) 728-6060
(401) 728-6534 (FAX)
BBO# 629056

**CERTIFICATION**

I hereby certify that I mailed a copy of the above to Patricia L. Peard, Esq. , Nixon Peabody, LLP, 889 Elm Street, Manchester, NH 03101 on this 21 day of June, 2005.

/s/Maria J. Ferreira