UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**AMY PALMER**

V.                                              CIVIL ACTION NO. **04-11954-RCL**

**CHAMPION MORTGAGE**

### JUDGMENT OF DISMISSAL

LINDSAY, D.J.

In accordance with the Court's Order of December 22, 2005 allowing the motion to dismiss of the defendant Champion Mortgage, Judgment is hereby entered as follows: Judgment for the defendant Champion Mortgage dismissing this action.

December 28, 2005                         /s/ Lisa M. Hourihan
                                          Deputy Clerk