**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMY PALMER )<br> )<br>      Plaintiff, )<br> )<br>   v. )<br> )<br>CHAMPION MORTGAGE )<br> )<br>      Defendant. )<br>_____) | C.A. O4-11954 RCL |

## WITHDRAWAL STIPULATION

Plaintiff hereby withdraws her Motion to Alter Judgment pursuant to Federal Rule 59 and Request to File Second Amended Complaint. The Plaintiff withdraws this pleading without prejudice so as to avoid a potential jurisdictional problem under Rule 59(b).

Respectfully submitted,

/s/Christopher M. Lefebvre

Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI  02862
(401) 728-6060
(401) 728-6534 (FAX)
BBO# 62905

## CERTIFICATION

I hereby certify that on this 29th day of December, 2005 a copy of the foregoing Withdrawal of Motion for Reconsideration and attached Second Amended Complaint was forwarded by the Court's ECF system to W. Scott O'Connell, Esq. counsel of record, at 889 Elm Street, Manchester, NH 03101, counsel for defendant.

/s/Christopher M. Lefebvre