IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY PALMER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHAMPION MORTGAGE )<br>)<br>Defendant. )<br>_____ ) | C.A. 04-11954 RCL<br><br>FILING FEE PAID<br>RECEIPT # 64658<br>AMOUNT $ 255.00<br>BY DPTY CLK<br>DATE 1/18/06 |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Amy Palmer hereby appeals to the United States Court of Appeals for the First Circuit from the Order of the District Court entered on December 22, 2005 granting Defendant's Motion to Dismiss and the subsequent Judgment entered on December 28, 2006 regarding said Order and, the Order entered on January 9, 2006 finding as moot Plaintiff's Motion to Alter Judgment Pursuant to Federal Rule 59 and Request to File a Second Amended Complaint.

Respectfully submitted,

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE
    LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. # 629056

1

## CERTIFICATION

I hereby certify that on this 18th day of January, 2006 a copy of the foregoing Notice of Appeal was mailed to W. Scott O'Connell, Esq. counsel of record, at 889 Elm Street, Manchester, NH 03101, counsel for Defendant.

_____